UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE MIXING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUTT, et al., <br><br> Defendants. | **CASE NO. CV F 13-0969 LJO SKO** <br><br> **ORDER AFTER SETTLEMENT** <br><br> **(Doc. 9.)** |

     Defense counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 5, 2013**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed. The parties fail to justify the need for 60 days to complete settlement and to dismiss this case.

     This Court VACATES all pending matters and dates, including the **November 12, 2013 scheduling conference**, which is subject to immediate resetting.

     Failure to comply with this order will be grounds for the imposition of sanctions on

1

counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

   Dated:   **November 1, 2013**          /s/ Lawrence J. O'Neill  
                                                     UNITED STATES DISTRICT JUDGE