UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE MIXING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br> Defendant. <br> _____ / | CASE NO. CV F 13-0969 LJO SKO <br><br> **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 11.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **November 20, 2013**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1